# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Steve Duran,

       Appellant,                                  No. CIV 17-690 MCA/KRS

v.

Craig H. Dill et al.,

       Appellees.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on September 1, 2017. Doc. No. 5. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1) the Magistrate Judge's PFRD (Doc. No. 5) is **HEREBY ADOPTED**; and

2) this appeal is **DISMISSED WITH PREJUDICE.**

                                                     _____
                                                     M. CHRISTINA ARMIJO
                                                     CHIEF UNITED STATES DISTRICT JUDGE